IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSH OLSON,

      Plaintiff,                        No. CIV S-12-0141 LKK GGH P

    vs.

CASSANDRA DiMAGIO, et al.,

      Defendants.               FINDINGS & RECOMMENDATIONS

_____/

        By order filed March 7, 2012, the court granted plaintiff twenty-eight days to file an amended complaint. In the March 7th order, the court informed plaintiff of the deficiencies in his complaint. The twenty-eight day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        For the reasons given in the March 7, 2012, order, IT IS HEREBY RECOMMENDED that this action be dismissed with prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within fourteen (14) days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate

1

1  Judge's Findings and Recommendations."  Any response to the objections shall be filed and

2  served within fourteen days after service of the objections.  Plaintiff is advised that failure to file

3  objections within the specified time may waive the right to appeal the District Court's order.

4  DATED: May 2, 2012

    /s/ Gregory G. Hollows
    UNITED STATES MAGISTRATE JUDGE

7  GGH:009
   olso0141.fta